Skinner Rivard & Siekmann
587 Union Street
2nd Floor
Manchester, New Hampshire 03104
603-622-8100

# Skinner Rivard & Siekmann

**Invoice**

| | |
|---|---|
| Invoice # | 50120143 |
| Invoice Date | May 01, 2014 |
| Due Date | |
| Balance Due | $7,440.00 |
| Payment Terms | |
| Case / Matter | FIFIELD vs. New Leaf Solutions |

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 04/05/2013 | JS | Organize & Plan | Assign/RVW Case for Expedited Handling | 275.00 | 0.1 | 27.50 |
| 04/08/2013 | JS | Draft Legal Document | Rvw & EDITS to Demand Letter & Draft Complaint | 275.00 | 0.9 | 247.50 |
| 04/08/2013 | JS | Case Organization | RVW & FWD Evidence for Inclusion into Demand/Complaint | 275.00 | 0.3 | 82.50 |
| 04/09/2013 | JS | Draft Letter | Final Review of Demand & Complaint | 275.00 | 0.4 | 110.00 |
| 05/09/2013 | JS | E-Mail Communication | Advise Demand Deadline Up- Will begin revisions for Case Filing | 275.00 | 0.1 | 27.50 |
| 05/12/2013 | JS | Research Specific to Case | Review faxed denial letter (5/10). Research "nondepository credit intermediation" (5/11) CONFIRMED not a real defense. Research/ verify new leaf corporate and case information on PACER. Save to file. Adtnl census research on "nondepository credit intermediation" (claim is false, add new count). | 275.00 | 1.2 | 330.00 |
| 05/13/2013 | JS | E-Mail With Client | FWD Denial Letter to Client and advise all OK to proceed with the case. | 275.00 | 0.2 | 55.00 |
| 08/26/2013 | JS | Draft Legal Document | RVW and Finalize Complaint. Draft Summons. Draft Civil Cover Sheet | 275.00 | 0.5 | 137.50 |
| 08/26/2013 | JS | File Document With Court | File Federal Case | 275.00 | 0.3 | 82.50 |
| 08/27/2013 | JS | E-Mail Communication | FWD filing to client. Send Email to OC who denied Demand claiming non-depository credit intermediary. | 275.00 | 0.2 | 55.00 |
| 08/27/2013 | JS | Process Court Filings | RCV Designation to CJ LaPlante. RCV Summons and ECF Notice. RVW and Save to File. | 275.00 | 0.1 | 27.50 |
| 09/04/2013 | JS | Service of Process | Compile service Package PDF and Arrange for Service of Process | 275.00 | 0.2 | 55.00 |
| 09/05/2013 | JS | Service of Process | EMAIL w/federal process servers- Registered Agent moved out from address. Bad address, Apartment complex. Seek multiple service attempts. Research Alt srvc provider [StingRay] | 275.00 | 0.2 | 55.00 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/05/2013 | JS | Service of Process | Email ReQuest to serve 2nd address no additional charge | 275.00 | 0.1 | 27.50 |
| 09/09/2013 | JS | File Document With Court | File Affidavit of Service; Pay Invoice for Service of Process; Calendar Answer Deadline | 275.00 | 0.3 | 82.50 |
| 09/24/2013 | JS | Case Organization | RCV, Save, and RVW Defendants Answer. | 275.00 | 0.3 | 82.50 |
| 09/25/2013 | JS | Draft Legal Document | Re-Review the case to OK strategy. Then Begin Drafting Motion to Strike for failure to properly answer. | 275.00 | 0.9 | 247.50 |
| 09/27/2013 | JS | Draft Legal Document | Continue/Finish Drafting Motion to Strike for deficient Answer. | 275.00 | 1.5 | 412.50 |
| 10/01/2013 | JS | Edit Legal Document | Final Edits to Motion to Strike | 275.00 | 0.3 | 82.50 |
| 10/01/2013 | JS | E-Mail Communication | Reach out to Defense counsel via email for Rule 7.1 purposes on motion to Strike | 275.00 | 0.1 | 27.50 |
| 10/01/2013 | JS | E-Mail With Client | Send copies of Answer and proposed Motion to Strike to clients along with Affidavit of Service to keep them updated and apprised of the progress of the case. | 275.00 | 0.2 | 55.00 |
| 10/02/2013 | JS | File Document With Court | After email OK from client. File Motion to Strike Certain Portions of Defendants Answer | 275.00 | 0.3 | 82.50 |
| 10/08/2013 | JS | Process Court Filings | Save and RVW Objection to Motion to Strike- FWD to clients | 275.00 | 0.3 | 82.50 |
| 10/29/2013 | JS | Draft Legal Document | Create and File First Amended Complaint to add individual defendant | 275.00 | 2.1 | 577.50 |
| 11/04/2013 | JS | Process Mail | RCV Mail from OC. Scan, Save. FWD to client w/updates on the case and recommendations in regards to the mail received form OC. | 275.00 | 0.5 | 137.50 |
| 11/05/2013 | JS | Email Opposing Counsel | Draft &amp; Send Counter-Proposal | 275.00 | 0.4 | 110.00 |
| 11/14/2013 | JS | Case Organization | No response to communication. Set-deadline for default/answer on J's last Order. | 275.00 | 0.1 | 27.50 |
| 11/16/2013 | JS | Draft Letter | Converted to friendlier email response to Def Counsel. Include legal citation and application. | 275.00 | 0.5 | 137.50 |
| 11/16/2013 | JS | E-Mail Communication | Send response and FWD to client with recommendations and analysis. | 275.00 | 0.3 | 82.50 |
| 12/06/2013 | JS | Email Opposing Counsel | Follow-up on prior emails for a response from OC. | 275.00 | 0.1 | 27.50 |
| 12/12/2013 | JS | Email Opposing Counsel | Follow-up to the follow-up. Mention we are waiting to SERVE Wells. Request reply. [FWD to update client] | 275.00 | 0.1 | 27.50 |
| 12/18/2013 | JS | E-Mail Communication | Respond to Court inquiry as to service of process on new defendant | 275.00 | 0.1 | 27.50 |
| 12/19/2013 | JS | E-Mail With Client | Save & Send Docs 14&15 to client advising of OC withdrawal and what it might mean for the case. | 275.00 | 0.2 | 55.00 |
| 01/09/2014 | JS | Case Organization | Today is the deadline for NewLeaf or New Counsel to Appear. Re-Set Reminder to check-up on clerk's default next week. | 275.00 | 0.1 | 27.50 |

| Date | Initials | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---:|---:|---:|
| 01/24/2014 | JS | E-Mail Communication | Update client of intention to default since lawyer abandoned New Leaf | 275.00 | 0.1 | 27.50 |
| 01/25/2014 | JS | Draft Legal Document | Draft, File, and Mail Motion for Default of New Leaf. FWD copy to clients for update. | 275.00 | 0.9 | 247.50 |
| 03/03/2014 | JS | Case Organization | Scan/Save Envelope apparently Wrongly RTS'd by Defendants | 275.00 | 0.1 | 27.50 |
| 03/04/2014 | JS | E-Mail Communication | Respond to Court telephone inquiry RE; New Leaf's default | 275.00 | 0.2 | 55.00 |
| 04/04/2014 | JS | Process Court Order | RVW & Save Doc 17. Dismissal as to Wells withOUT Prejudice. [We let him be dismissed since the defendant has disappeared and it would have been an extra expense to try and have him personally served. Calendar reminder on NEW LEAF default. | 275.00 | 0.1 | 27.50 |
| 04/08/2014 | JS | Case Organization | Calendar dates of 5/2 and 5/27 RE: Default of New Leaf | 275.00 | 0.1 | 27.50 |
| 04/21/2014 | JS | Process Court Order | Save Doc [18] to file set reminders for deadlines on NewLeaf Default Motions. | 275.00 | 0.1 | 27.50 |
| 04/28/2014 | JS | Process Court Filings | Save and RVW doc. 19 from the cm/ecf Returned Mail sent to NewLeaf's last known address. | 275.00 | 0.1 | 27.50 |
| 04/28/2014 | JS | Draft Legal Document | Begin Drafting the Motion for Default JUDGMENT and Memorandum to accompany the Affidavit of Fees and Accounting of Time. Research the Defendant(s) and possible Joinder under Rule 20 as New Leaf is MIA. | 275.00 | 6.0 | 1650.00 |
| 05/01/2014 | JS | Draft Legal Document | Conclude drafting and editing of Motion, Memorandum for Default Judgment and Affidavit of Costs & Fees. | 275.00 | 4.0 | 1100.00 |
| 05/01/2014 | JS | File Document With Court | File Default Motion/Memo Package | 275.00 | 0.2 | 55.00 |
| **Non-billable Time Entries:** | | | | | | |
| 01/28/2013 | JS | E-Mail Communication | 1/28-1/29- Emails on New Leaf & VM Left | 275.00 | 0.3 | 82.50 |
| 02/15/2013 | JS | Case Organization | Get File Set-up for New Leaf Case | 275.00 | 0.1 | 27.50 |
| 04/08/2013 | KM | Draft Legal Document | Draft & Edit DEMAND | 225.00 | 3.1 | 697.50 |
| 04/09/2013 | KT | Mail documents to defendant | Revised demand letter and complaint. | 125.00 | 0.2 | 25.00 |
| 04/11/2013 | KT | Fax | Re-Fax letter and demand to New Leaf Solutions. | 125.00 | 0.1 | 12.50 |
| 04/12/2013 | JS | Case Organization | Document Certified Delivery of Demand | 275.00 | 0.1 | 27.50 |
| 07/18/2013 | KM | Edit Legal Document | Made edits to complaint. Reviewed document for errors of fact or law. Research on cited law to determine whether proper law was cited. | 225.00 | 0.5 | 112.50 |
| 07/19/2013 | KM | Edit Legal Document | Review complaint for additional causes of action to be added. Reviewed edits made by Attorney Skinner. | 225.00 | 0.4 | 90.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 07/22/2013 | KM | Edit Legal Document | Edit legal document to add causes of action to complaint. Research on the application of the least sophisticated consumer standard to voice messages. Review voicemail from Defendant and flushed out three additional violations of the act. Research and Drafted the new counts. | 225.00 | 1.7 | 382.50 |
| 07/23/2013 | KM | Edit Legal Document | Edits to complaint document. Added two additional counts to complaint. Reviewed for errors of fact or law. Reviewed voicemail for any additional violations. | 225.00 | 0.7 | 157.50 |
| 07/26/2013 | KM | Draft Legal Document | Edit to legal document added claim to document. Reviewed document for errors including additional causes of action. | 225.00 | 0.4 | 90.00 |
| 08/26/2013 | JS | E-Mail Communication | Email the Court RE: ECF Filing malfunction error code 74? Re-Send email after receiving vacation auto responder. Calender reminder to make sure someone addresses the issue. | 275.00 | 0.2 | 55.00 |
| 08/27/2013 | JS | Draft Letter | TC w/Court and Send Letter to Clerk of Court at their request to refund yesterday's filing fee and Re-File the case due to technical glitch. | 275.00 | 0.2 | 55.00 |
| 08/27/2013 | JS | File Document With Court | RE-File the Case due to CM/ECF technical glitch. | 275.00 | 0.2 | 55.00 |

Time Entry Total: **$6,985.00**

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 08/26/2013 | JS | Filing Fee | File Federal Case | 400.00 | 1.0 | 400.00 |
| 09/09/2013 | JS | Service of Process | Service of Process on New Leaf Solutions | 55.00 | 1.0 | 55.00 |

Expense Total: **$455.00**

| | |
|---|---|
| Time Entry Sub-Total: | 6,985.00 |
| Expense Sub-Total: | 455.00 |
| **Sub-Total:** | 7,440.00 |
| **Total:** | 7,440.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$7,440.00** |